**Order entered December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01591-CR

### CHARLES LEE GALLAMORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-85499-2013**

## ORDER

The Court has before it appellee the State of Texas's December 17, 2015 "Second Motion for Extension of Time to File its Brief" and appellant Charles Lee Gallamore's December 18, 2015 "Response and Opposition to State's Second Motion for Extension of Time to File its Brief." We **GRANT** appellee's motion and **direct the Clerk** to file appellee's brief tendered with its motion.

/s/ ROBERT M. FILLMORE
PRESIDING JUSTICE